UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:19 MJ 572 |
| | : | |
| vs. | : | MAGISTRATE JUDGE JOLSON |
| | : | |
| JOSHUA WAYNE TOUVELL | : | |

### ORDER EXTENDING TIME TO FILE INDICTMENT/INFORMATION

Having read and considered (1) the parties' joint Motion for an Order Extending the Time in Which to File an Indictment/Information, and (2) Defendant's Waiver of Timely Indictment/Information, the Court hereby GRANTS the Motion. In so doing, the Court finds that the Defendant's waiver is knowing, intelligent, and voluntary. The Court further finds pursuant to 18 U.S.C. § 3161(h)(8)(A), after considering the factors set forth in 18 U.S.C. § 3161(h)(8)(B), that the ends of justice served by granting the extension outweigh the best interest of the public and the Defendant in a speedy information, indictment, and trial. The Court makes this ends of justice finding because the failure to grant an extension would deny counsel for the Defendant and/or the attorney for the United States reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice in order to consider a possible pre-indictment resolution of this matter.

Accordingly, the time period specified in 18 U.S.C. § 3161(b), within which the United States must file an indictment or information relative to the current charge(s) in this matter, is extended for a period of thirty days, up to and including **Monday, September 16, 2019**. The time period from the date when an indictment or information must have been filed originally, namely, **Friday, August 16, 2019, up to and including Monday, September 16, 2019**, shall be excluded in computing the time within which an indictment or information relative to the charge(s) in this matter must be filed.

Date: August 16, 2019

s/Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE